# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2010

141043

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____

In re JAMES DION GRAY III, TYRAN BOISE GRAY III, and JABRON PETERSON, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
          Petitioner-Appellee,

v

SHARONDA DENISE WARREN,
          Respondent-Appellant,

and

JAMES GRAY, SR., and JAMEEL PETERSON,
          Respondents.

_____/

SC: 141043
COA: 294426
Ingham CC Family Division:
08-002035-NA; 08-002036-NA;
08-002037-NA

On order of the Court, the application for leave to appeal the April 22, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2010

Clerk

s0622